PD-1486-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/23/2015 10:52:19 AM
Accepted 1/29/2015 9:49:40 AM
ABEL ACOSTA
CLERK



# HENRY GARZA

## DISTRICT ATTORNEY

### 27ᵀᴴ JUDICIAL DISTRICT OF TEXAS
### BELL COUNTY

SEAN K. PROCTOR
ASSISTANT

C. DAVID EAKIN
ASSISTANT

MICHAEL WALDMAN
ASSISTANT

LESLIE MCWILLIAMS
ASSISTANT

BOB D. ODOM
ASSISTANT

STEPHANIE R. NEWELL
ASSISTANT

WM. NELSON BARNES
ASSISTANT

SHELLY STRIMPLE
ASSISTANT

TERRY CLARK
ASSISTANT

FRED BURNS
ASSISTANT

ANNE M. JACKSON
ASSISTANT

SUZANNE WOHLEB
ASSISTANT

☆ ☆

BILLY L. CURRY
CHIEF
CRIMINAL INVESTIGATOR

GREG HOLLOWAY
CRIMINAL INVESTIGATOR

KARL ORTIZ
CRIMINAL INVESTIGATOR

MICHAEL SIMMONS
CRIMINAL INVESTIGATOR

BRIAN BOBE'
CRIMINAL INVESTIGATOR

☆ ☆

JILL A. MCAFEE
VICTIM/WITNESS COORDINATOR

DANA BETTGER
VICTIM/WITNESS COORDINATOR

January 7, 2015

**FILED IN
COURT OF CRIMINAL APPEALS**

**January 29, 2015**

**ABEL ACOSTA, CLERK**

Louise Pearson, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RE:  Ernest Benl McIntyre
PDR # PD-1486-14
COA # 03-12-00508-CR, 3ʳᵈ Court of Appeals of Texas,
Cause # 66,893, 27ᵗʰ District Court of Bell County, TX

Dear Ms. Pearson:

We have received notice of the filing of the Appellant's Petition for Discretionary Review by the Appellant in the above referenced matter. This is to advise the Court that the State of Texas agrees with the opinion of the Court of Appeals in this case.

Accordingly, the State will file no further response to the petition, but would respectfully request that the Court deny the petition for discretionary review in this case.

I would appreciate it if you would cause this letter response to be filed of record in this cause.

Please contact me should you have any questions.



**U.S. Postal Service™**
**CERT**~~IFIED MAIL RECEIPT~~
(Domes~~tic Mail Only; No Insurance Coverag~~e Provided)

For deliv~~ery information visit our website at~~ usps.com®

PDR – Ernest Benl McIntyre
PDR # PD-1486-14
COA # 03-12-00508-CR
Cause # 66893

| | |
|---|---|
| Postage | $ |
| Certified Fee | Mailed 1-8-2015 as |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+

Ernest Benl McIntyre
202 Avenue F, Apt. #2
MOODY TX 76557

PS Form 3800, August 2006      See Reverse for Instructions

7014 1200 0001 8275 7683

Sincerely,

/s/ *Bob D. Odom*

Bob D. Odom
Assistant District Attorney
27th Judicial District of Texas
SBA No. 15200000
DistrictAttorney@co.bell.tx.us

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this letter response was mailed, return receipt, to the Pro Se Appellant, Ernest Benl McIntyre, 202 Avenue F, Apt. #2, Moody, Texas 76557, on this the 8th day of January, 2015.

HENRY L. GARZA
DISTRICT ATTORNEY
27th JUDICIAL DISTRICT

/s/ *Bob D. Odom*

BOB D. ODOM
Assistant District Attorney
P.O. Box 540
Belton, Texas 76513
Bar I.D. # 152000000
(254) 933-5215 / (254) 933-5704 Fax
DistrictAttorney@co.bell.tx.us

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this letter response was served on Lisa C. McMinn, State Prosecuting Attorney, by E-Service to: information@spa.texas.gov on this the 8th day of January, 2015.

/s/ *Bob D. Odom*

BOB D. ODOM
Assistant District Attorney
P.O. Box 540
Belton, Texas  76513
Bar I.D. # 152000000
(254) 933-5215 / (254) 933-5704 Fax
DistrictAttorney@co.bell.tx.us



**U.S. Postal Service™**
**CERT**
**(Dome**
**For deliv**

**PDR – Ernest Benl McIntyre**
**PDR # PD-1486-14**
**COA # 03-12-00508-CR**
**Cause # 66893**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | *Mailed 1-8-2015 as* |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

**Sent To** Ernest Benl McIntyre

**Street, Apt. No.; or PO Box No.** 202 Avenue F, Apt. #2

**City, State, ZIP+** MOODY TX 76557

PS Form 3800, August 2006                    See Reverse for Instructions

**HENRY GARZA**
**DISTRICT ATTORNEY**
27TH JUDICIAL DISTRICT OF TEXAS
BELL COUNTY

DISTRICT COURT OFFICES • P. O. BOX 540 • BELTON, TEXAS 76513-0540

Ernest Benl McIntyre
202 Avenue F, Apt. #2
MOODY TX 76557

7014 1200 0001 8275 7683

---

**SENDER: COMPLETE THIS SECTION**

■ PDR – Ernest Benl McIntyre
  PDR # PD-1486-14
  COA # 03-12-00508-CR
  Cause # 66893

1. Article Addressed to:

Ernest Benl McIntyre
202 Avenue F, Apt. #2
MOODY TX 76557

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express™
☒ Certified Mail®
☒ Return Receipt for Merchandise
☐ Registered
☐ Insured Mail
☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7014 1200 0001 8275 7683

PS Form 3811, July 2013        Domestic Return Receipt